ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| ROYAL S. INNOVATIONS, INC.<br><br>Recurrido<br><br>v.<br><br>BUENAVISTA PDM LLC; OMAYRA ROSARIO; VISTA PROPERTIES LLC; JOSÉ E. ROSARIO ALBARRÁN y WILFRED HSU<br><br>Peticionarios | TA2025CE00252 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Civil. Núm. BY2023CV01898<br><br>Sobre: Cobro de Dinero |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Ronda Del Toro y el Juez Pérez Ocasio

# RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de agosto de 2025.

Atendida la "Solicitud de Orden en Auxilio de Jurisdicción" presentada el 5 de agosto de 2025, por la parte peticionaria, Buenavista PdM LLC, Vista Properties LLC y Wilfred Hsu, disponemos: No Ha Lugar. Atendido el recurso de certiorari, presentado conjuntamente con el auxilio de jurisdicción el 5 de agosto de 2025 por la parte peticionaria, disponemos No Ha Lugar, véase Regla 40, Reglamento del Tribunal de Apelaciones, según enmendada[1] y Regla 52.1 de las de Procedimiento Civil vigentes[2].

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] In re Aprob. Enmdas. Reglamento TA, 2025 TSPR 42, págs. 62-63, 215 DPR __ (2025).
[2] 32 LPRA Ap. V, R. 52.1.